**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 176 WAL 2017

            Respondent

                  :    Petition for Allowance of Appeal from
                  :    the Order of the Superior Court

        v.

JONATHAN MICHAEL PROCTOR,

            Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.